# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH DELEON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA DEXTER, Warden, et al.,<br><br>　　　　Defendants. | CASE NO. EDCV 09-1803-VBF (JEM)<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a) |

　　　　On September 25, 2009, David Joseph Deleon ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a Complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  Plaintiff's claims arise out of his detention at Ironwood State Prison. (Complaint at 1.)  Plaintiff names Debra Dexter as a defendant and sues her in her individual capacity.  (Complaint at 2 - 4, 6, 8 &15.)

　　　　On January 27, 2010, the Court ordered that defendant Dexter be served individually by the United States Marshal.  Defendant Dexter signed a waiver of service on March 2, 2010.

　　　　Defendant Dexter's response to the Complaint was due by May 1, 2010.  To date, she has failed to respond to the Complaint.

Accordingly, defendant Dexter is ORDERED TO SHOW CAUSE why her default should not be entered for failure to respond to the Complaint. Defendant may file a written response to the Order to Show Cause **or** may file an Answer to the Complaint within twenty (20) days of the date of this Order. If defendant Dexter fails to respond to this Order to Show Cause, the clerk will enter defendant's default and plaintiff may proceed to seek default judgment pursuant to Federal Rules of Civil Procedure 54 and 55.[1]

The Clerk is directed to serve a copy of this Order to Show Cause upon plaintiff and all defendants who have been served with the Complaint.

IT IS SO ORDERED.

DATED: June 9, 2010

*/s/John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] If defendant fails to file a response to the Order to Show Cause, any request for entry of default judgment must comply with Rules 54 and 55 of the Federal Rules of Civil Procedure.