# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH DELEON,<br><br>                      Plaintiff,<br><br>      v.<br><br>DEBRA DEXTER, et al.,<br><br>                      Defendants. | Case No. EDCV 09-1803-VBF (JEM)<br><br>**JUDGMENT** |

    In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   4-6-11

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE